[No. 9283–2–II. Division Three. May 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
EARL LLEWELLYN FRANCK, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00435–3, J. Dean Morgan, J., entered October 25, 1985. *Reversed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Munson, J.

[No. 9660–9–II. Division Three. May 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
THOMAS H. LEE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–1–00446–6, Alan R. Hallowell, J., entered March 6, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 9437–1–II. Division Three. May 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
CORNELIUS JOHN ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–00177–1, Thomas A. Swayze, Jr., J., entered December 6, 1985. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J.